Young Cho
Attorney at Law: 189870
Law Offices of Lawrence D. Rohlfing
12631 East Imperial Highway, Suite C-115
Santa Fe Springs, CA 90670
Tel.: (562) 868-5886
Fax: (562) 868-8868
E-mail: rohlfing.office@rohlfinglaw.com

Attorneys for Plaintiff
James Scott Whitehouse

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SCOTT WHITEHOUSE,<br><br>Plaintiff,<br><br>vs.<br><br>NANCY A. BERRYHILL, Acting Commissioner of Social Security,<br><br>Defendant. | Case No.: 2:15-cv-02556-EFB<br><br>STIPULATION AND ~~PROPOSED~~ ORDER FOR THE AWARD AND PAYMENT OF ATTORNEY FEES AND EXPENSES PURSUANT TO THE EQUAL ACCESS TO JUSTICE ACT, 28 U.S.C. § 2412(d) AND COSTS PURSUANT TO 28 U.S.C. § 1920 |

TO THE HONORABLE EDMUND F. BRENNAN, MAGISTRATE JUDGE OF THE UNITED STATES DISTRICT COURT:

IT IS HEREBY STIPULATED, by and between the parties through their undersigned counsel, subject to the approval of the Court, that James Scott Whitehouse be awarded attorney fees in the amount of four thousand dollars ($4,000.00), and costs in the amount of four hundred dollars ($400.00) under 28

-1-

U.S.C. § 1920. This amount represents compensation for all legal services rendered on behalf of Plaintiff by counsel in connection with this civil action, in accordance with 28 U.S.C. §§ 1920; 2412(d).

After the Court issues an order for EAJA fees to James Scott Whitehouse, the government will consider the matter of James Scott Whitehouse's assignment of EAJA fees to Young Cho. The retainer agreement containing the assignment is attached as exhibit 1. Pursuant to *Astrue v. Ratliff*, 130 S.Ct. 2521, 2529 (2010), the ability to honor the assignment will depend on whether the fees are subject to any offset allowed under the United States Department of the Treasury's Offset Program. After the order for EAJA fees is entered, the government will determine whether they are subject to any offset.

Fees shall be made payable to James Scott Whitehouse, but if the Department of the Treasury determines that James Scott Whitehouse does not owe a federal debt, then the government shall cause the payment of fees, expenses and costs to be made directly to Law Offices of Lawrence D. Rohlfing, pursuant to the assignment executed by James Scott Whitehouse.[1] Any payments made shall be delivered to Young Cho.

This stipulation constitutes a compromise settlement of James Scott Whitehouse's request for EAJA attorney fees, and does not constitute an admission of liability on the part of Defendant under the EAJA or otherwise. Payment of the agreed amount shall constitute a complete release from, and bar to, any and all claims that James Scott Whitehouse and/or Young Cho including Law Offices of

---

[1] The parties do not stipulate whether counsel for the plaintiff has a cognizable lien under federal law against the recovery of EAJA fees that survives the Treasury Offset Program.

Lawrence D. Rohlfing may have relating to EAJA attorney fees in connection with this action.

This award is without prejudice to the rights of Young Cho and/or the Law Offices of Lawrence D. Rohlfing to seek Social Security Act attorney fees under 42 U.S.C. § 406(b), subject to the savings clause provisions of the EAJA.

DATE: May 23, 2017        Respectfully submitted,

LAW OFFICES OF LAWRENCE D. ROHLFING

BY: /s/ *Young Cho*
Young Cho
Attorney for plaintiff James Scott Whitehouse

DATE: May 23, 2017        PHILLIP A. TALBERT
Acting United States Attorney


/s/ *Sharon Lahey*

SHARON LAHEY
Special Assistant United States Attorney
Attorneys for Defendant NANCY A. BERRYHILL, Acting Commissioner of Social Security (Per e-mail authorization)

**ORDER**

Approved and so ordered.

DATED: May 24, 2017.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE